**FILED**

SEP 24 2008
9-24-2008
**JUDGE JOAN B. GOTTSCHALL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DICAM, INC. ) | Case No. 07-C-5672 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Gottschall |
| ) | Magistrate Judge Cole |
| UNITED STATES CELLULAR ) | |
| CORPORATION and KYOCERA WIRELESS ) | |
| CORP., ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## REVISED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Dicam, Inc. ("Plaintiff") and Defendants and Counterplaintiffs United States Cellular Corporation and Kyocera Wireless Corp. (collectively, "Defendants"), through their respective counsel, that the above-captioned action filed by Plaintiff, including all counterclaims asserted by Defendants, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses and attorneys' fees.

The parties further stipulate that Defendants' unresolved Motion for Summary Judgment of Non-Infringement filed March 4, 2008 shall be denied as moot.

1

Dated: September 22, 2008	MORRISON & FOERSTER LLP

By:   /s/ M. Andrew Woodmansee
     David C. Doyle
     DDoyle@mofo.com
     Michael W. Vella
     MVella@mofo.com
     M. Andrew Woodmansee
     E. Dale Buxton II
     Greg Reilly
     Morrison & Foerster LLP
     12531 High Bluff Drive, Suite 100
     San Diego, California 92130-2040
     Telephone:  858.720 5100
     Facsimile:  858.720.5125

     Daniel J. O'Connor
     daniel.j.o'connor@bakernet.com
     Baker & McKenzie LLP (Chicago)
     130 East Randolph Drive, Ste. 3500
     Chicago, Illinois 60601
     Telephone: 312.861.8000
     Facsimile: 312.861.2899

     Attorneys for KYOCERA WIRELESS
     CORP. and UNITED STATES
     CELLULAR CORPORATION

Dated: September 22, 2008

HUSCH BLACKWELL SANDERS WELSH & KATZ

By: _____/s/ A. Sidney Katz_____
A. Sidney Katz
askatz@welshkatz.com
Philip D. Segrest, Jr.
pdsegrest@welshkatz.com
Sherry L. Rollo
srollo@welshkatz.com
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Telephone:   312.655-1500
Facsimile:   312.526.1547

Mark D. Obenshain
mobenshain@lenhartobenshain.com
Nancy Schlichting
nschlichting@lenhartobenshain.com
Lenhart Obenshain PC
90 N. Main Street, Ste. 201
P.O. Box 1287
Harrisonburg, Virginia 22803
Telephone: 540.437.3100
Facsimile: 540.437.3101

Attorneys for DICAM, INC.

SO ORDERED:
This 24 day of Sept, 2008

_____
THE HONORABLE JOAN B. GOTTSCHALL
United States District Judge
Northern District Of Illinois

3